Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
VERONICA GUZMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 11-0825 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [Proposed] ORDER CONTINUING STATUS HEARING, AND EXCLUDING TIME** |
| VERONICA GUZMAN, | ) |
| Defendant. | ) |

A status hearing is set for December 20, 2013 at 11:00 a.m.  Defense counsel and counsel for the Government continue their discussions regarding a possible resolution of the case, and they believe that it is in the interests of all to continue the hearing for an additional period of time so that counsel may pursue those discussions further.   In addition, both parties continue to engage in legal and factual research into issues relating to this matter, and need additional time to complete that investigation.

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the Court continue the status hearing from December 20, 2013 to February 6, 2014 at 10:00 a.m.

THE PARTIES FURTHER STIPULATE AND REQUEST  that the Court find that the ends of justice are served by excluding from computation under the Speedy Trial Act the time from December 20, 2013 to February 6, 2014 because the failure to exclude time would unreasonably deny the Defendant continuity of counsel and would deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of

justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated:  December 17, 2013          Melinda Haag
                                    United States Attorney

                                    /S/
                                    Matthew McCarthy
                                    Assistant United States Attorney

Dated:  December 17, 2013          /S/
                                    Mark R. Vermeulen
                                    Attorney for Defendant
                                    VERONICA GUZMAN

### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the status hearing set for December 20, 2013 shall be continued to February 6, 2014 at 10:00 a.m.

IT IS FURTHER ORDERED that the Court finds that the ends of justice are served by excluding from computation under the Speedy Trial Act the time from December 20, 2013 (the date to which time currently is excluded) to February 6, 2014 because the failure to exclude time would unreasonably deny the Defendant continuity of counsel and would deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: December 17, 2013           _____
                                    Susan Illston
                                    United States District Judge